(98 South. 922)

Henry COFIELD v. STATE. (6 Div. 242.) (Court of Appeals of Alabama. Dec. 4, 1923.)

Appeal from Circuit Court, Cullman County; Osceola Kyle, Judge.

BRICKEN, P. J. ·Appeal dismissed.